## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Bonita Betts Grimes                                           Case No. 3:19CV2241

       Plaintiff,

       v.                                                          **ORDER**

Golden Acres Partners et al**,**

       Defendant.


Telephonic Status Conference held on 8/4/2020 before the undersigned. Court Reporter: Stacey Kiprotich. Time: 25 minutes. Due notice was given to *pro se* plaintiff of date and time of telephonic conference; plaintiff having failed to appear telephonically either *pro* se or by counsel,

It is, hereby,

ORDERED THAT:

1) All pending motions to dismiss filed by Defendants be GRANTED with prejudice and the case is otherwise DISMISSED with prejudice for want of prosecution;

2) An appeal from this decision could not be taken in good faith and shall not be allowed without the prepayment of the required filing fee; and

3) The Clerk shall mark this case as closed.


So ordered.

/s/ James G. Carr
Sr. U.S. District Judge